



**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298


Ivie A. Serioux
Shareholder
212.583.2681 direct
212.583.9600 main
iserioux@littler.com

January 15, 2025

**VIA ECF**

The Honorable Nina R. Morrison
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Shrikant Barot v. St. John's University*
          Case No. 1:22-cv-04823-NRM-LKE

Dear Judge Morrison:

We represent Defendant in the above referenced matter.  Pursuant to Your Honor's January 13, 2025 order, we write jointly with Plaintiff's counsel to propose the below briefing schedule for Defendant's anticipated motion for summary judgment.

| SJM Brief | February 28 |
| Opposition | April 11 |
| Reply | May 9 |

Respectfully submitted,

*/s/ Ivie A. Serioux*

Ivie A. Serioux

cc: All Counsel of Record (via ECF)

littler.com