UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Shrikant Barot,

                    Plaintiff,

    v.

St. John's University,

                    Defendant.
-------------------------------------------------------------X

JUDGMENT
22-cv-4823 (NRM) (LKE)

       A Memorandum and Order of the Honorable Nina R. Morrison, United States District Judge, having been filed on September 18, 2025, granting SJU's motion for summary judgment in full; it is

       ORDERED and ADJUDGED that SJU's motion for summary judgment is granted in full; and the motion to certify the proposed class is moot.

Dated: Brooklyn, New York
        September 19, 2025

Brenna B. Mahoney
Clerk of Court

By:   */s/Jalitza Poveda*
      Deputy Clerk